UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-320 (SHS) |
| -v- | : | ORDER |
| CUODENGZHOU PENG, | : | |
| Defendant. | : | |

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A teleconference having been held today, with counsel for all parties and defendant participating,

IT IS HEREBY ORDERED that:

1. The last day for the government to complete discovery is June 25, 2021;

2. Any defense motions shall be filed on or before September 10, 2021;

3. The next conference is scheduled for September 10, 2021, at 10:00 a.m. and will take place in Courtroom 23A; and

4. At the request of the government, and with the consent of defendant, the time is excluded from calculation under the Speedy Trial Act from today until September 10, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
May 27, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.