LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                    FAX (212) 964-2926

July 7, 2021

Hon. Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007
via ECF

**MEMO ENDORSED**

Re: United States v. Peng Cuodengzhu
21 Cr. 320 (SH)

Your Honor,

    I write to request permission for Mr. Cuodengzhu to travel to New Jersey and back one day this month so he can retrieve the vehicle that was seized at his arrest and is being returned by Homeland Security. The vehicle has been stored in New Jersey and Mr. Cuodengzhu must pick it up as soon a possible to avoid incurring additional storage fees.

    The government, by Jacob Gutwillig, Esq., consents to this request. Mr. Cuodengzhu's pretrial Officer Bernisa Mejia reports that his compliance with pretrial release has been excellent and pretrial has no objection to the request.

    Therefore, I request that Mr. Cuodengzhu be permitted to travel to New Jersey and back one day this month to retrieve the vehicle.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

HON. SIDNEY H. STEIN
U.S. District Judge

**Dated: New York, New York
July 7, 2021**