UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,    :    21-Cr-320 (SHS)

      -v-    :    CONSENT TO PROCEED BY
   Peng Cuodenghu    :    VIDEOCONFERENCE OR
      Defendant.    :    TELECONFERENCE

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __Peng Cuodenghu__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_LISA SCOLARI for Peng Cuodenghu_
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant)

_[signature]_
Defense Counsel's Signature

_Peng Cuodenghu_
Print Defendant's Name

_LISA SCOLARI_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

                                                _Sidney H. Stein_

__September 10, 2021__
Date                                             Sidney H. Stein, U.S.D.J.