UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-320 (SHS) |
| -v- | : | <u>ORDER</u> |
| CUODENGZHOU PENG, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference scheduled for December 2, 2021, at 3:30 p.m. is moved up to 2:00 p.m. on December 2, 2021.

Dated: New York, New York
       November 18, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.