UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-320 (SHS) |
| -v- | : | <u>ORDER</u> |
| CUODENGZHOU PENG, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Wednesday, February 9, 2022, as the second trial scheduled for that day. Accordingly,

IT IS HEREBY ORDERED that:

1. Proposed jury charges, and, if the parties wish, proposed voir dire, shall be filed by January 14, 2022;

2. There will be a final pretrial conference on January 19, 2022, at 2:00 p.m. This conference shall take place at the U.S. Courthouse in Courtroom 23A; and

3. The trial of this matter will commence February 9, 2022, at 9:30 a.m.

Dated: New York, New York
       December 2, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.