LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                           FAX (212) 964-2926

April 5, 2022

Hon. Sidney H. Stein
United States District Court                    **MEMO ENDORSED**
500 Pearl Street
New York, NY 10007
via ecf

Re: United States v. Peng Cuodengzhu
21 Cr. 320 (SHS)

Your Honor,

    I write to request a modification of Peng Cuodengzhu's bond eliminating his curfew and location monitoring. Since March, 2021 he has been on a location monitored curfew to permit him to work. Mr. Cuodengzhu has been working as driver for hire, but needs the freedom to work later, more lucrative hours. His Pretrial Officer Courtney DeFeo reports that he has been compliant with his release conditions and recommends removing both the curfew and location monitoring. The government, by Jacob Gutwillig, Esq., defers to pretrial's recommendation.

    Therefore I request that the Court approve a modification of Peng Cuodengzhu's bond removing the curfew and location monitoring requirements. If the Court does so he will still be subject to regular pretrial monitoring.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**Defendant's request to remove the location monitoring requirement is granted.**

**Dated: New York, New York**
      **April 5, 2022**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.