LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

November 21, 2022

Hon. Sidney H. Stein
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ecf*

**MEMO ENDORSED**

Re: United States v. Peng Cuodengzhu,
21 Cr. 320 (SHS)

Your Honor,

    I write to request that the Court direct the Southern District Pretrial Office to return Peng Cuodengzhu's passport. On October 31, 2022, the Court sentenced Mr. Cuodengzhu to, *inter alia*, to four years of supervised release. As his sentence has now been imposed, the conditions of Mr. Cuodengzhu's bail no longer apply.

Respectfully,

*Lisa Scolari*
Lisa Scolari

**Request granted.**

**Dated: New York, New York
November 21, 2022**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.